tional right. <u>Slack</u>, 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Whitfield has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tony Bernard ALEXANDER, a/k/a Sealed Dft #1, Defendant–Appellant.**

**No. 16–6239**

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Tony B. Alexander, Appellant Pro Se. Steven R. Kaufman, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Bernard Alexander appeals from the district court's orders denying his motion for early termination of his supervised release and denying his motion for reconsideration. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Alexander</u>, No. 3:95–cr–00178–MOC–1 (W.D.N.C. Jan. 6, 2016 & Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED